UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WILLIAM MILLER, an individual

    Plaintiff,

v.                                   Case No:   2:13-cv-513-FtM-38DNF

CITY OF FORT MYERS,

    Defendant.

_____/

### ORDER

This matter comes before the Court on Notice of Conflict with Court-Scheduled Preliminary Pretrial Conference (Doc. #17) filed on January 16, 2014.  Counsel moves the Court to reschedule the Preliminary Pretrial Conference currently scheduled for January 24, 2014.  As grounds, Counsel indicates a scheduling conflict exists on that date.  The Court, having considered the motion, finds good cause and will grant the motion as outlined below.  Accordingly, it is now

    **ORDERED:**

The Notice of Conflict with Court-Scheduled Preliminary Pretrial Conference (Doc. #17) is **GRANTED**.  The hearing scheduled for January 24, 2014 is hereby CANCELLED.  The Preliminary Pretrial Conference is rescheduled for February 7, 2014 at 11:30 A.M.  The Clerk of Court is directed to issue a Notice of Hearing under separate cover.

    **DONE** and **ORDERED** in Fort Myers, Florida this 17th day of January, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record