UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WILLIAM MILLER, an individual

    Plaintiff,

v.        Case No:   2:13-cv-513-FtM-38DNF

CITY OF FORT MYERS,

    Defendant.
_____/

### ORDER[1]

This matter comes before the Court on review of the docket. On February 7, 2014, a Case Management and Scheduling Order was entered. (Doc. 22). Due to a scrivener's error, the mediation deadline was set for May 29, 2015, but the Court intended to set the mediation deadline for May 29, 2014. Accordingly, it is now

**ORDERED:**

The Parties shall advise the Court no later than **June 11, 2014**, as to the status of the mediation. If the Parties have not yet completed mediation, they must do so no later than **August 5, 2014**.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of June, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.